# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

PAULA WYNN-PORTER, an individual,

    Plaintiff(s),

v.

GEICO CASUALTY COMPANY, a Maryland corporation; DOES I-X, and ROE CORPORATIONS I-X,

    Defendant(s).

2:21-cv-02248-VCF

**ORDER**

Before the Court is the notice of settlement. (ECF No. 7).

Accordingly,

IT IS HEREBY ORDERED that the parties must file a proposed stipulation and order for dismissal on or before February 14, 2022.

DATED this 25th day of January 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1